

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2015

No. 04-15-00635-CV

**IN THE INTEREST OF F.A., S.L., D.L., AND R.L., JR.,** Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00908
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

The court reporter's request for an extension of time to file the reporter's record is GRANTED. The reporter's record must be filed no later than October 27, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court